

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00062-CV

### IN THE MATTER OF J.M.E.

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2017JV3000176L2
Honorable Victor Villarreal, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the juvenile court's order is AFFIRMED.

SIGNED January 8, 2020.

_____
Beth Watkins, Justice